# EXHIBIT A



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002218590
Search Results: Displaying 1 of 1 entries



*Brand Q Design#20.*

|                              |                                                                                                                                                      |
|-----------------------------:|------------------------------------------------------------------------------------------------------------------------------------------------------|
|            **Type of Work:** | Visual Material                                                                                                                                      |
| **Registration Number / Date:** | VA0002218590 / 2019-12-23                                                                                                                         |
|      **Application Title:**  | Brand Q Design#20.                                                                                                                                   |
|                   **Title:** | Brand Q Design#20.                                                                                                                                   |
|             **Description:** | Fabric.                                                                                                                                              |
|     **Copyright Claimant:**  | Brand Q Inc., Transfer: By written agreement. Address: 712 E. Washington Blvd, Los Angeles, CA, 90021, United States.                               |
|        **Date of Creation:** | 2010                                                                                                                                                 |
|     **Date of Publication:** | 2010-05-20                                                                                                                                           |
| **Nation of First Publication:** | United States                                                                                                                                   |
| **Authorship on Application:** | Shengzhou First Garment & Necktie Apparel Co., LTD, employer for hire; Domicile: China; Citizenship: China. Authorship: 2-D artwork.             |
|   **Rights and Permissions:** | Rabin Soufer, Brand Q Inc., 712 E. Washington Blvd, Los Angeles, CA, 90021, United States, (213) 749-0001, (213) 666-9949, brandqinc@sbcglobal.net |
|                   **Names:** | Shengzhou First Garment & Necktie Apparel Co., LTD<br>Brand Q Inc.                                                                                   |





[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)